# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

May 1, 2018

**VIA ECF & EMAIL**

Hon. Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      **Re:** **Bolivar Ramiro Buele Calle v. 1944 First Avenue Deli Co., LLC et al.;**
            **Case No. 17-cv-205 (CS)**

Your Honor:

    This office represents Plaintiff in the above-referenced matter. We write, on behalf of the parties, to submit a revised settlement agreement pursuant to Your Honors order dated March 29, 2018.[1] (Exhibit A) We have also enclosed a recalculated lodestar pursuant to Your Honor's direction.[2] (Exhibit B)

    Thank you for your attention.

                                                     Respectfully Submitted,

                                                     /s/ Michael Faillace
                                                     Michael Faillace, Esq.
                                                     Michael Faillace & Associates, P.C.
                                                     *Attorneys for Plaintiff*

cc:    Attorneys of Record (via ECF)

---

[1] The revised agreement does not include non-disparagement or confidentiality provisions.
[2] Plaintiff's counsel's revised lodestar is $9,352.

*Certified as a minority-owned business in the State of New York*