# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 18, 2018

**VIA ECF & EMAIL**

Hon. Cathy Seibel  
United States District Judge  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

   **Re: Bolivar Ramiro Buele Calle v. 1944 First Avenue Deli Co., LLC et al.;**  
      **Case No. 17-cv-205 (CS)**

Your Honor:

  This office represents Plaintiff in the above-referenced matter. We write, on behalf of the parties, to submit a revised settlement agreement pursuant to Your Honor's order dated May 1, 2018. (Exhibit A) The attorneys' fees requested in this agreement are $26,130, which is less than 3 times our recalculated lodestar.[1] (Doc. 44, Exhibit B)

  Thank you for your attention.

                  Respectfully Submitted,

                  /s/ Michael Faillace  
                  Michael Faillace, Esq.  
                  Michael Faillace & Associates, P.C.  
                  *Attorneys for Plaintiff*

cc: Attorneys of Record (via ECF)

---

[1] Plaintiff's counsel's revised lodestar is $9,352.

*Certified as a minority-owned business in the State of New York*