# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

May 18, 2018

The settlement and attorney fees are approved as fair and reasonable.  The
notice of voluntary dismissal shall be submitted as set forth in the
agreement.

**VIA ECF & EMAIL**

SO ORDERED.

Hon. Cathy Seibel
United States District Judge
United States District Court
Southern District of New York                    *Cathy Seibel*                  5/25/18
300 Quarropas Street
White Plains, NY 10601                    CATHY SEIBEL, U.S.D.J.

Re:    **Bolivar Ramiro Buele Calle v. 1944 First Avenue Deli Co., LLC et al.;**
       **Case No. 17-cv-205 (CS)**

Your Honor:

This office represents Plaintiff in the above-referenced matter.  We write, on behalf of the
parties, to submit a revised settlement agreement pursuant to Your Honor's order dated May 1,
2018.  (Exhibit A)  The attorneys' fees requested in this agreement are $26,130, which is less than
3 times our recalculated lodestar.[1]  (Doc. 44, Exhibit B)

Thank you for your attention.

Respectfully Submitted,

/s/ Michael Faillace_____
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:    Attorneys of Record (via ECF)

_____

[1] Plaintiff's counsel's revised lodestar is $9,352.

*Certified as a minority-owned business in the State of New York*